958 F.2d 365
 Trump Taj Mahal Assoc., Trump Castle Assoc., Trump Plaza
Assoc., Helicopter Air Services, Inc.
v.
Constuzioni Aeronautiche Giovanni Agusta, S.P.A., Agusta
S.P.A., Agusta (Gruppa), Agusta Aviation Corp.,
a/k/a Agusta Aerospace Corp., Paramount
Aviation Corp.
 NO. 91-5295
 United States Court of Appeals,
Third Circuit.
 Feb 12, 1992
 
 Appeal From: D.N.J.,
 Gerry, J.,
 
 761 F.Supp. 1143
 
 1
 AFFIRMED.